Edgar Carranza, Esq. (5902)
Tiffanie Bittle, Esq., (15179)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
ecarranza@hutchlegal.com
tbittle@hutchlegal.com

Michael J. Estok, Esq.
ESTOK YOUNG
5441 S. Macadam Ave Suite 5691
Portland, OR 97239
Admitted *Pro Hac Vice*

Attorneys for Defendant
QUALITY HEALTH CARE dba EDEN HOME HEALTH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL WILLIAMS, an individual;<br><br>Plaintiff<br><br>v.<br><br>QUALITY HEALTH CARE CORPORATION d/b/a EDEN HOME HEALTH, a Domestic Corporation,<br><br>Defendants. | **Case No.: 3:26-CV-00174-MMD-CSD** |

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

Defendant, QUALITY HEALTH CARE dba EDEN HOME HEALTH (hereinafter referred to as "Eden" or "Defendant"), by and through counsel, Edgar Carranza, Esq. of HUTCHISON & STEFFEN, PLLC and Michael Estok, Esq. of ESTOK YOUNG and Plaintiff,

MICHAEL WILLIAMS, by and through counsel Trevor J. Hatfield, Esq. of Hatfield & Associates, Ltd, hereby stipulate as follows:

1. Plaintiff filed his Complaint on or about March 11, 2026, with the United States District Court, District of Nevada and filed an Amended Complaint on March 23, 2026.

2. Defendant, Eden filed its Answer to Amended Complaint on or about May 1, 2026.

3. On June 1, 2026, the Court issued an Order Scheduling Virtual Early Neutral Evaluation ("ENE") for July 23, 2026, at 9:00 am, to be completed utilizing Zoom video conference.

4. On June 15, 2026, the Court endorsed the parties Joint Stipulated Discovery Plan & Scheduling Order

5. On July 9, 2026, the parties submitted the Joint Status Report in accordance with the Court's Minute Order [ECF #19].

6. As a result of the ENE, the parties reached a mutually acceptable resolution to this matter which is memorialized in the Confidential Settlement Agreement and General Release executed contemporaneous hereto.

7. In reaching the resolution Defendant, Eden does not admit any liability and continues to deny the allegations in the Amended Complaint. Nonetheless, Plaintiff hereby stipulates to waive any and all claims against Defendant, Eden and dismiss this action with prejudice in exchange for the agreed to resolution.

9. There is no trial date currently set in this matter.

10. For the above-outlined reasons, the parties hereby stipulate to dismiss the present litigation, with prejudice.

. . . .

11. Plaintiff and Defendant will bear their own attorney's fees and costs related to this litigation.

Dated this 1st day of September 2026.

*/s/ Edgar Carranza*

By: ______________________________
Edgar Carranza, Esq.
Nevada Bar No. 5902
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Michael J. Estok, Esq.
ESTOK YOUNG
5441 S. Macadam Ave Suite 5691
Portland, OR 97239
Attorneys for Defendant
QUALITY HEALTH CARE dba
EDEN HOME HEALTH

Dated this 1st day of September 2026.

*/s/ Trevor Hatfield*

By: ______________________________
Trevor J. Hatfield, Esq.
Nevada Bar No. 7373
Hatfield & Associates, Ltd.
703 S. 8th Street
Las Vegas, NV 89101
Attorneys for Plaintiff
MICHAEL WILLIAMS

**ORDER**

Pursuant to the above Stipulation, THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES that this matter is dismissed with prejudice, each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 1st day of September, 2026.

______________________________
United States District Judge

## Patti Sherretts

**From:** Trevor Hatfield <thatfield@hatfieldlawassociates.com>
**Sent:** Tuesday, September 1, 2026 12:22 AM
**To:** Edgar Carranza
**Cc:** Freda Brazier; Patti Sherretts; Michael Estok
**Subject:** Re: Eden adv. Williams....

Hi Edgar,

Thanks. A bit unusual but yes, you all have my authority to esign and file the Stipulation & Order to Dismiss.

Best,

Trevor

Trevor J. Hatfield, Esq.,
HATFIELD & ASSOCIATES, LTD., A Veteran-Owned Law Firm
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469

thatfield@hatfieldlawassociates.com

This e-mail communication is a confidential attorney communication intended only for the person to whom it is addressed above. Any dissemination, distribution, or copying of this communication is strictly prohibited.

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, you are hereby informed that any federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Mon, Aug 31, 2026, 3:08 PM Edgar Carranza <ecarranza@hutchlegal.com> wrote:

> Trevor:
>
> Attached please find the proposed Stipulation & Order to Dismiss. Please review and advise if we have your authority to include your e-signature and file the same with the Court.